

**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

Form ounclfda (01/09/20)

## UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In
Re:

Brian D Ackerman and Cynthia J Ackerman

Debtor(s).

Case Number: 10–50411–MJH
Chapter: 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On <u>April 29, 2026</u>; an application was filed for the Claimant(s), <u>LVNV Funding, LLC</u>, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds, accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, sum of $<u>865.84</u> held in unclaimed funds be made payable to <u>LVNV Funding, LLC c/o Dilks & Knopik, LLC</u>.

The Clerk will disburse these funds immediately.